James K. Schultz, Esq. (SBN 309945)
Kenneth A. Ohashi, Esq. (SBN 230440)
Brittany L. Shaw, Esq. (SBN 331773)
SESSIONS ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   877/334-0661
jschultz@sessions.legal
kohashi@sessions.legal
bshaw@sessions.legal

Attorneys for Radius Global Solutions LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO PACLEB,<br><br>               Plaintiff,<br>      vs.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br>AND DOES 1-10, inclusive,<br><br>               Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)<br>[FEDERAL QUESTION] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant, Radius Global Solutions LLC ("RGS") hereby removes to this Court the state court action described below.

1.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C.

1. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227.

2. On or about August 30, 2021, the action was commenced in the Superior Court of the State of California, County of Riverside, entitled *Florencio Pacleb v. Radius Global Solutions LLC, et al.,* Case No. 56-2021-00557636-CL-NP-VTA (the "State Court Action"). A copy of the Plaintiff's Summons and Complaint ("Complaint") is attached hereto as **Exhibit A**. There have been no further proceedings in the State Court Action.

3. RGS is the only defendant named in the State Court Action. RGS was served with a copy of the Complaint on September 3, 2021. Thus, pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal.

4. A copy of this Notice of Removal is being served upon Plaintiff and will be filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 10/4/21                    SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/ Kenneth A. Ohashi*
Kenneth A. Ohashi
Attorney for Defendant
Radius Global Solutions LLC