UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 21-7897 MWF (AFMx)**                              Dated: **September 1, 2022**

Title:       Florencio Pacleb -v- Radius Global Solutions, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DISMISSAL

    In light of the Mediation Report [26] filed August 28, 2022, reflecting that this case was settled prior to the mediation hearing, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 3, 2022 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                                       Initials of Deputy Clerk   rs
CIVIL - GEN

-1-