JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FLORENCIO PACLEB, | ) Case No. CV 21-7897 MWF (AFMx) |
|---|---|
| Plaintiff, | ) **ORDER FOR DISMISSAL OF ACTION** |
| vs. | ) |
| RADIUS GLOBAL SOLUTIONS, LLC, | ) |
| Defendant. | ) |

Having considered the stipulation of Plaintiff Florencio Pacleb ("Plaintiff") and Defendant Radius Global Solutions LLC ("RGS"), and good cause appearing therefor, IT IS HEREBY ORDERED that this case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and expenses.

Dated: September 2, 2022  _____
MICHAEL W. FITZGERALD
United States District Judge

1
ORDER FOR DISMISSAL OF ACTION